■ MARGARET I. RICE, Respondent, v. EDMUND H. VIEMEISTER, Appellant. — Motion of appellant to vacate the judgment and grant a new trial is granted. It appears without contradiction that the stenographer has lost

a material portion of the trial minutes and that an adequate appellate review may not be had. (See *Waterman.* v. *State of New York,* 13 A D 2d 619 and cases there cited.)